United States District Court
Southern District of Texas
**ENTERED**
September 12, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNATHON KEMP, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-13 |
| | § | |
| JOE ABBOTT, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL ON STIPULATION

Parties in the above styled and numbered cause of action have filed a Stipulation of Dismissal with prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. (Dkt. No. 16).

Accordingly, it is Ordered that this case is dismissed with prejudice, with each party to bear its own costs.

It is so ORDERED.

SIGNED on this 12th day of September, 2017.

_____
Kenneth M. Hoyt
United States District Judge